UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:23-cv-10266-JLS-JDE                                    Date: March 10, 2025
Title:  Penny Adams-Vargas v. Harbor Group Management Company et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

|              Kelly Davis              |              N/A              |
|:---:|:---:|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|:---:|:---:|
| Not Present | Not Present |

**PROCEEDINGS:  (IN CHAMBERS)  ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

The Court, on its own motion, hereby ORDERS Plaintiff to show cause in writing no later than **March 12, 2025**, why this action should not be dismissed for lack of prosecution under Federal Rule of Civil Procedure 41(b).  Fed. R. Civ. P. 41(b).  Pursuant to the Court's Civil Trial Order and Local Rule 16-4, Plaintiff was required to serve and file the Memorandum of Contentions of Facts and Law no later than twenty-one (21) days before the Final Pretrial Conference.  (*See* C.D. Cal. L.R. 16-4; Civil Trial Order at 3, Doc. 23.)  Plaintiff's Memorandum was due by February 28, 2025, and to date, no such document has been filed.  The Civil Trial Order states that "[s]trict compliance with the requirements of the Federal Rules of Civil Procedure and the Local Rules is mandatory." (Civil Trial Order at 3.)

Accordingly, failure to submit a response to this Order by **March 12, 2025**, will result in an immediate dismissal of this action.  The Court will consider a properly filed Stipulaton of Dismissal to be an appropriate response.

In addition, the Final Pretrial Conference set for March 21, 2025, at 10:30 a.m. is VACATED and removed from the calendar.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:23-cv-10266-JLS-JDE                        Date: March 10, 2025
Title: Penny Adams-Vargas v. Harbor Group Management Company et al

    IT IS SO ORDERED.

                                                                                                                    Initials of Deputy Clerk: kd