

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No 2:23-cv-10266-JLS-JDE                                    Date: March 17, 2025
Title: Penny Adams-Vargas v. Harbor Group Management Company et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Kelly Davis | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS:  (IN CHAMBERS)  ORDER DISMISSING CASE WITH PREJUDICE**

   The Court is in receipt of the joint stipulation between Plaintiff Penny Adams-Vargas and Defendant Harbor Group Management Co., LLC to dismiss the case in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  (Joint Stip., Doc. 30.)  Pursuant to that stipulation, the Court hereby ORDERS the action dismissed with prejudice.

                                                                    Initials of Deputy Clerk: kd